## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  12 B 32699 |
| **CLASSIC MEDICAL, INC.,** | ) | Honorable Eugene R. Wedoff |
| | ) | Motion Date: August 21, 2013 |
| Debtor. | ) | Motion Time: 10:00 a.m. |

### NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE THAT on August 21, 2013, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF FINAL DECREE** shall be heard by the Honorable Eugene R. Wedoff of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 744 at 219 South Dearborn, Chicago, Illinois 60604.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

<u>GOLAN & CHRISTIE LLP</u>

### AFFIDAVIT OF SERVICE

I, Robert R. Benjamin, an attorney, certify that the above captioned Notice of Motion and Motion for Entry of Final Decree were served upon the parties who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage pre-paid from 70 W. Madison, Chicago, IL 60602 on August 13, 2013.

/s/*Robert R. Benjamin*
Robert R. Benjamin

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312)263-2300

## <u>SERVICE LIST</u>

Patrick S. Layng
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
Via First Class Mail

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604
Via First Class Mail

Associate Area Counsel, SB/SE
200 West Adams Street
 Suite 2300
Chicago, IL  60606
Via First Class Mail

United States Attorney
219 S. Dearborn Street
Chicago, IL 60604
Via First Class Mail

D. Patrick Mullarkey
Tax Division (DOJ)
PO Box 55, Ben Franklin Station
Washington, DC 20044
 (*Contested Matters)
Via First Class Mail

James D. Newbold
Asst. Atty. General Revenue Litigation Bureau
Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL  60601
Via First Class Mail

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999
Via First Class Mail

Accurate Biomed Services, Inc.
100 N. 17th St.
Bethany, MO 64424
Via First Class Mail

American Chartered Bank
c/o Deborah S. Ashen, J. Cory Faulkner
Law Offices of Deborah S. Ashen, Ltd.
217 N. Jefferson, Ste. 600
Chicago, IL 60661
Via First Class Mail

BMO Harris Bank N.A.
200 S. Michigan Ave., Ste. 1100
Attn: Jane Hahn
Chicago, IL 60604
Via First Class Mail

BMO Harris Bank N.A.
c/o W. M. Seidel, Howard & Howard
200 S. Michigan Ave., Ste. 1100
Chicago, IL 60604
Via First Class Mail

CoActiv Capital Partners, Inc.
fka CoActiv Capital Partners, LLC
c/o Alex Darcy, Michael Debre,
Charles Woolley
Askounis & Darcy, PC
401 N. Michigan Ave., Ste. 550
Chicago, IL 60611
Via First Class Mail

EVO Medical Solutions
c/o Teller, Levit & Silvertrust, PC
19 S. LaSalle St., Ste. 701
Chicago, IL 60603
Via First Class Mail

EVO Medical Solutions
2636 289th Pl.
Adel, IA 50003
Via First Class Mail

Greystone Equipment Finance Corp.
c/o Robbins Salomon & Patt
180 N. LaSalle St.
Chicago, IL 60601
Via First Class Mail

First Federal Leasing, Inc.
c/o Dennis A. Dressler, David A. Wargula
Dressler & Peters, LLC
111 W. Washington St., Ste. 1900
Chicago, IL 60602
Via First Class Mail

Illinois Department of Revenue
c/o Faith Dolgin
Illinois Attorney General
100 W. Randolph St.,  13th Fl.
Chicago, IL 60601
Via First Class Mail

Greystone Equipment Finance Corp.
25 Mall Road, Ste. 411
Burlington, MA 01803
Via First Class Mail

Greystone Equipment Finance Corporation
Attn: Legal Dept.
8144 Walnut Hill Lane, Ste. 900
Dallas, TX 75231
Via First Class Mail

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Via First Class Mail

Internal Revenue Service
M. Ashford
2001 Butterfield Rd.
Downers Grove, IL 60515
Via First Class Mail

Leaf Funding, Inc.
c/o Jennifer S. Burt, Thomas V. Askounis
Askounis & Darcy
401 N. Michigan Ave., Ste. 550
Chicago, IL 60611
Via First Class Mail

Invacare Corporation
c/o Jean Soh
Polsinelli Shughart, P.C.
161 N. Clark St., Ste. 4200
Chicago, IL 60601
Via First Class Mail

Pride Mobility Products Corp.
182 Susquehanna Ave.
Attn: Melody Spinelli, Collections Manager
Exeter, PA 18643
Via First Class Mail

Van Der Molen Properties Assoc.
c/o DuPage Property Management
PO Box 109
Attn: Julie Smith, Property Manager
Montgomery, IL 60538
Via First Class Mail

DuPage Property Management, a dvsn
of JMS Realty, LLC, PO Box 109
Attn: Julie Smith, Property Manager
Montgomery, IL 60538
Via First Class Mail

Joel Nathan
Assistant U.S. Attorney
219 S. Dearborn #500
Chicago, IL 60604-2029
Via First Class Mail

C&A Healthcare Management Svcs, Inc.
1340 Beacon Lane
Bartlett, IL 60103
Via First Class Mail

Gloria M. Atkins
21 W 124 Flamingo Lane
Lombard, IL 60148
Via First Class Mail

Medical Billing Solutions
4236 NW 120 Avenue
Attn: Selena Campana, President
Coral Springs, FL 33065
Via First Class Mail

Norman C. Atkins
2000 Bloomingdale Rd.
Ste. 220
Glendale Heights, IL 60139
Via First Class Mail

Team Financial Group
3391 Three Mile Rd.
Attn: Tim Maczka, President
Grand Rapids, MI 49534
Via First Class Mail

Van Der Molen Properties Association
380 South Schmale Road, Ste. 100
Carol Stream, IL 60188
Via First Class Mail

Greystone Equipment Finance
25 E. Washington St., Ste. 1000
Attn: Nikki Clark
Chicago, IL 60602
Via First Class Mail

I.R.S.
c/o Mayer Silber
SB/SE Counsel, I.R.S.
200 W. Adams St., Ste. 2300
Chicago, IL 60606-5231
Via First Class Mail

Ally
PO Box 380902
Bloomington, MN 55438
Via First Class Mail

Cylinder Maintenance and Supply
3305 Butler Ave.
Attn: Stan, Sales Representative
South Chicago Heights, IL 60411
Via First Class Mail

MC Information Systems
444 E. Roosevelt Rd., Ste. 297
Attn: Ken Mueller, Partner
Lombard, IL 60148
Via First Class Mail

Ally Financial
c/o Ally Servicing LLC
PO Box 130424
Roseville, MN 55113
Via First Class Mail

The Service Center
2000 S. 25th Ave., Ste. S
Attn: Jeff Addante, President
Broadview, IL 60155
Via First Class Mail

Nicholas C. Atkins
1340 Beacon Lane
Bartlett, IL 60103
Via First Class Mail

Robert M. Romashko
Office of Chief Counsel,
Internal Revenue Service
200 W. Adams St., Ste. 2300
Chicago, IL 60606-5231
Via First Class Mail

Capital One Bank (USA), N.A.
By American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083
Via First Class Mail

Classic Medical, Inc.
2000 Bloomingdale Rd., Ste. 220
Glendale Heights, IL 60139
Attn: Nicholas Atkins
Via First Class Mail

Peru Industries, Inc.
PO Box 1051
Attn: Robert Nudd, President
La Salle, IL 61301
Via First Class Mail

Storage Power Battery
5535 W. 110th St., Unit 3
Attn: Andy Johnson, President
Oak Lawn, IL 60453
Via First Class Mail

Fifth Third Bank
9441 LBJ Freeway, Ste. 350
Dallas, TX 75243
Via First Class Mail

Philips Respironics
c/o Teller, Levit & Silvertrust, PC
19 S. LaSalle - Suite 701
Chicago, IL 60603
Via First Class Mail

Respironics, Inc.
1010 Murry Ridge
Attn: Elsa Evanitz
Murrysville, PA 15668
Via First Class Mail

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | **In Chapter 11** |
| | ) | **Case No.  12 B 32699** |
| **CLASSIC MEDICAL, INC.,** | ) | **Honorable Eugene R. Wedoff** |
| | ) | **Motion Date: August 21, 2013** |
| Debtor. | ) | **Motion Time: 10:00 a.m.** |

## MOTION FOR ENTRY OF FINAL DECREE

Debtor, CLASSIC MEDICAL, INC. ("Debtor"), by and through its attorneys, GOLAN &

CHRISTIE LLP, moves this Court for entry of an order of final decree and in support thereof states

as follows:

1.      On August 17, 2012, Debtor filed a voluntary case under Chapter 11 of Title 11 of the

United States Bankruptcy Code.

2.      Debtor is in the business of rent to own home medical equipment products.

3.      On June 12, 2013, the Court entered an order approving Debtor's Disclosure

Statement and confirming Debtor's Plan of Liquidation.  The Plan provides that unsecured creditors

would receive a *pro rata* distribution from liquidation of Debtor's assets and collection of the

accounts receivable until paid in full.

4.      The Effective Date of the Plan has passed and Debtor has made initial distributions

under the Plan.  Debtor has filed a Report of Distribution prior to the hearing on this motion.

5.      There are no further matters for this Court to administrate.

WHEREFORE, Debtor, CLASSIC MEDICAL, INC., prays that an order be entered as

follows:

A.      That this Court enter a final decree order; and

-1-

B.      For such other and further relief as this Court deems just and proper.

CLASSIC MEDICAL, INC.,

By:  /s/*Robert R. Benjamin*
        Robert R. Benjamin

Robert R. Benjamin (ARDC # 00170429)
Beverly A. Berneman (ARDC # 06189418)
Barbara L. Yong (ARDC # 6184000)
GOLAN & CHRISTIE LLP
70 W. Madison, Ste. 1500
Chicago, Illinois 60602
(312) 263-2300

-2-